UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| ANGELA LOHMAN, | ) |
|     Plaintiff, | ) ) ) Case No: |
| vs | ) ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY OF AMERICA, And FEDEX SUPPLY CHAIN DISTRIBUTION SYSTEM, INC. LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

### COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF

Comes now the Plaintiff, Angela Lohman, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendant Hartford Life and Accident Insurance Company of America ("Hartford") and the FedEx Supply Chain Distribution System, Inc. Long Term Disability Plan ("the Plan") states as follows:

### I. Parties and Jurisdiction

1. That Plaintiff is a citizen of the State of Indiana residing in Marion County.

2. That Plaintiff was an employee of FedEx Supply Chain Distribution System, Inc., where in her capacity as Warehouse Worker, she was a participant in the company sponsored welfare benefit plan "the Plan."

3. That Defendant, Hartford, is an insurance company doing business in the State of Indiana.

4. Hartford issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. Hartford is a fiduciary of the Plan.

6. Hartford processed and denied Plaintiff's disability claim.

7. Hartford is both the claims adjudicator and payer of this claim.

8. Hartford benefits financially from denying Plaintiff's claim.

9. Hartford has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff became disabled and was forced to stop working on or about October 11, 2018.

12. That Plaintiff applied for long-term disability benefits and was paid disability benefits for 24 months from April 12, 2019 through April 11, 2021.

13. That Plaintiff administratively appealed this termination of benefits, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan. Plaintiff filed an appeal on October 7, 2021. That appeal was denied on April 7, 2022.

14. That Defendants have wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under his policy and the Plan.

15. Defendants' decision denying her disability benefits was arbitrary and capricious.

16. That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to him.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of his benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

 /s/ Melissa A. Davidson
Melissa A. Davidson
HANKEY LAW OFFICE
429 E. Vermont Street, #200
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com